MARGARET M. RUTH, as Administratrix, etc., of JOHN J. RUTH, Deceased, v. PATRICK F. RUTH and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ANDERSON HOLDING CORPORATION v. THE R. C. MAXWELL COMPANY.— Motion granted, upon condition that defendant file an additional surety company bond for $900 to cover interest, costs and damages. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE GRACE CLUB, INCORPORATED, v. MARGARET BROWN MANECK.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

WALTER MCKINLEY WOODWARD v. FIFTH AVENUE COACH COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ELISHA HUSON WATERMAN v. FRANK D. WATERMAN, Individually and as Trustee for ELISHA H. WATERMAN, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of ANNA BRESCIA, re Fish Avenue, between Needham Avenue and Hicks Street, Borough of The Bronx, for School Purposes.— Motion granted. Settle order on notice to corporation counsel. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

KARL C. LENNAN v. SIDNEY R. ANTHONY and Another.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, etc., v. CORNELIA N. VAN RENSSELAER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowiing, Merrell, Finch and McAvoy, JJ.

EMPRESS REALTY CO., INC., v. JULIUS ROSLER.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

EISIMINI CAUGLOS v. ARISTIDES CAUGLOS.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of F. W. FROST & Co., INC., v. J. T. GILLESPIE and Another.— Motion denied, with ten dollars costs, and stay vacated. Present Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD WESTCOATT.— Motion granted; case to be ready for October term. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MARGARET N. TAYLOR, Individually and as Executrix, etc., of WILLIAM J. TAYLOR, Deceased, v. THOMAS B. TAYLOR and Others.— Motion granted. Present Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

EDWARD GROSSMAN v. LONDON GUARANTEE AND ACCIDENT COMPANY.— Motion denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GEORGE BIAS v. WILLIAM ˙D. BOSLER and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

R. & R. CANDY CO., INC., v. THE CITY OF NEW YORK.— Motion granted. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.